# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

January 24, 2023

**By the Court:**

| | |
|---|---|
| TRIBUNE MEDIA COMPANY, formerly known as TRIBUNE COMPANY & AFFILIATES,<br>    Petitioner-Appellee,<br><br>No. 23-1135    v.<br><br>COMMISSIONER OF INTERNAL REVENUE,<br>    Respondent-Appellant. | ] Appeal from the United<br>] States Tax Court.<br>]<br>] No. 20940-16<br>]<br>]<br>]<br>]<br>] |

---

| | |
|---|---|
| CHICAGO BASEBALL HOLDINGS, LLC, et al.,<br>    Petitioners-Appellees,<br><br>No. 23-1136    v.<br><br>COMMISSIONER OF INTERNAL REVENUE,<br>    Respondent-Appellant. | ] Appeal from the United<br>] States Tax Court.<br>]<br>] No. 20941-16<br>]<br>]<br>]<br>] |

O R D E R

The court, on its own motion, orders that these appeals are CONSOLIDATED for purposes of briefing and disposition.

The briefing schedule is as follows:

1.   The appellant shall file his consolidated brief and required short appendix on or before March 1, 2023.

-over-

Nos. 23-1135 and 23-1136                                                          -Page 2-

    2.    The appellees shall file their joint consolidated brief on or before March 31, 2023.

    3.    The appellant shall file their consolidated reply brief, if any, on or before April 21, 2023.

**Important Scheduling Notice!**

**Notices of hearing for particular appeals are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your particular appeal might be scheduled, please write the clerk advising him of the time period and the reason for such unavailability. Session data is located at http//www.ca7.uscourts.gov/cal/calendar.pdf. Once an appeal is formally scheduled for a certain date, it is very difficult to have the setting changed. See Circuit Rule 34(e).**