IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| TRIBUNE MEDIA COMPANY,<br>FORMERLY KNOWN AS<br>TRIBUNE COMPANY & AFFILIATES,<br><br>   Petitioner-Appellee,<br><br>v.<br><br>COMMISSIONER OF<br>INTERNAL REVENUE,<br><br>   Respondent-Appellant | )<br>)<br>)<br>)<br>)<br>)<br>) No. 23-1135<br>)<br>)<br>)<br>)<br>) |

### DOCKETING STATEMENT

The Commissioner of Internal Revenue, by and through his undersigned counsel of record, submits this Docketing Statement pursuant to Seventh Circuit Rules 3(c)(1) and 28(a):

### 1. Jurisdiction of the Tax Court

The Commissioner mailed to appellee Tribune Media Company, formerly known as Tribune Company & Affiliates ("Tribune"), a notice of deficiency dated June 28, 2016. (Doc. 59, Ex. 5-J.)[1] *See* 26 U.S.C. ("I.R.C.") § 6212. As reflected in the notice, the Commissioner determined a deficiency in Tribune's federal income tax for 2009, as

---

[1] "Doc." references are to documents filed in the Tax Court, as numbered by the Clerk of that court.

well as related additions to tax. On September 23, 2016, within 90 days of the notice, Tribune timely petitioned the Tax Court for a redetermination of the deficiency and additions to tax. (Doc. 1.) *See* I.R.C. § 6213. The Tax Court had jurisdiction under I.R.C. §§ 6213, 6214, and 7442.

## 2. Jurisdiction of the Court of Appeals

On October 19, 2022, the Tax Court entered its decision (Doc. 365), which was final and resolved all claims of all parties. Within 90 days, on January 13, 2023, the Commissioner timely filed a notice of appeal to this Court. *See* I.R.C. § 7483; Fed. R. App. P. 13(a)(1). This Court has jurisdiction under I.R.C. § 7482. Venue is appropriate in this Court because Tribune has its principal place of business in Illinois. I.R.C. § 7482(b)(1)(B). Tribune is organized as a corporation under the laws of Delaware.

## 3. Parties to the litigation appearing in an official capacity

The Commissioner of Internal Revenue, currently Acting Commissioner Douglas O'Donnell, is a party in his official capacity in this case.

### 4. Related appeals

There have been no prior appellate proceedings in this case. For purposes of briefing and disposition, this Court has consolidated this case with *Chicago Baseball Holdings, LLC, et al. v. Commissioner* (7th Cir. No. 23-1136).

                                        Respectfully submitted,

                                        <u>/s/ Norah E. Bringer</u>
                                        NORAH E. BRINGER    (202) 307-6224
                                              *Attorney*
                                              *Department of Justice*
                                              *Tax Division*
                                              *Post Office Box 502*
                                              *Washington, D.C. 20044*
                                              *norah.e.bringer@usdoj.gov*

January 26, 2023